UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON MATTHEW RINCONES,

    Defendant.

                              /

Case No. 1:24-cr-100

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 11, 2025, Magistrate Judge Ray Kent issued a Report and Recommendation recommending that Defendant's guilty plea as to the single-count Indictment be accepted. (R&R, ECF No. 45.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 25, 2025.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in the Indictment.

3. Defendant shall remain detained pending sentencing, now scheduled for **July 1, 2025**, at **10:00 AM**.

Dated: February 28, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE